UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA      :
                              :   DOCKET NO. 5:11-CR-73 (CAR)
v.                            :
                              :
ELBERT EUGENE SHINHOLSTER     :
                              :

### CHANGE OF PLEA

I, ELBERT EUGENE SHINHOLSTER, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the court at such time as the Court has considered a presentence report, do now hereby plead **GUILTY** to Count One and Two of the Information, this 30th day of January, 2012.

I also acknowledge the fact that the Court is required to consider any applicable sentencing guideline when imposing sentence in this case.

_____
ELBERT EUGENE SHINHOLSTER
DEFENDANT

_____
CURTIS LEWIS HUBBARD, JR.
ATTORNEY FOR DEFENDANT

_____
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY